IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES SPRINKLE,

    Petitioner,

v.                                                       CASE NO. 3:15-cv-61-MCR-GRJ

WENDALL HALL,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

    Petitioner, a pretrial detainee at the Santa Rosa County Jail, initiated this case by filing a petition for a writ of habeas corpus, Doc. 1.  The Court ordered Petitioner to file a motion for leave to proceed as a pauper or pay the filing fee on or before March 30, 2015.  Doc. 3.  The Court's order was returned as undeliverable, and Petitioner has neither complied with the Order nor filed a change of address.  Doc. 5.  The Santa Rosa County Jail inmate locator does not reflect that Petitioner is an inmate.  It therefore appears that Petitioner has abandoned this case.

    Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and failure to prosecute.

    **IN CHAMBERS**  this 30th day of April 2015.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.