IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES SPRINKLE,

    Petitioner,

v.                                          CASE NO. 3:15-cv-61-MCR-GRJ

WENDALL HALL,

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 30, 2015 (Doc. 6) recommending that the Petition be dismissed for failure to prosecute and failure to comply with an order of the Court. Petitioner has been furnished with a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  The Report and Recommendation was returned as undeliverable, and no objections have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED.**

3. A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 5th day of June 2015.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**